5-5-2025

pg ①

in ofgoing mail at ___ on ___

# Motion for a Writ of Habeas corpus;

FILED - GR
May 9, 2025 12:43 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: /s/ JW 1S-12

# Motion for a writ of Certiorari

1:25-cv-538
Phillip J. Green
U.S. Magistrate Judge

TO: Federal District courts at 399 Federal Court, 110 Michigan St. Grand Rapids, MI 49503 United States IN THE STATE OF MICHIGAN

From: Nataniel Peter Kennison
0875 S. St. Rd. 11
LaGrange, INDIANA
46761
c/o LaGrange County Jail

over →

Re: Past Motions being ignored / At Lower Court of Muskegon's crime's against me. Please scedule a court date

thank you.       Very yours Truly,
I wish 4 Muskegon to release it's hold on me Now   Nathan Kennison

I also need compensation of

Muskegon's Lower Courts

① Felonous Restraint on me, & False
② Inprisonment, & Pain + Suffering
③ Loss of wages + Medical bills to be paid back to Medicaid and Medicaid

and/or Thomas and Molina.

and my second expunged in Michigan.

5-5-2025
pg ③

- Motion to Supress all illegally obtained evidence. As well as any/and all hearsay evidence in the Lower courts of Muskegon Michigan

---

- Motion of aquittal of any/all charges currently against me in Lower Courts of Muskegon.

---

Motion 4 "State Probation" to be terminated.

---

- Motion for a refund of monies ive given to then be refunded

